**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Abel CISNEROS-GUERRERO,
Defendant-Appellant.**

**No. 17-1246**

United States Court of Appeals,
Tenth Circuit.

Filed November 28, 2017

(D.C. No. 1:17-CR-00031-RM-1) (D. Colorado)

Karl L. Schock, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

John C. Arceci, Office of the Federal Public Defender, Districts of Colorado and

Wyoming, Denver, CO, for Defendant-Appellant

Before LUCERO, HARTZ, and PHILLIPS, Circuit Judges.

## ORDER AND JUDGMENT *

Per Curiam

Abel Cisneros-Guerrero pleaded guilty to illegal reentry after removal in violation of 8 U.S.C. § 1326 and was sentenced to 24 months in prison. He appeals that sentence even though his plea agreement included a broad waiver of his appellate rights. The government has moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc) (per curiam). Through his counsel, Mr. Cisneros-Guerrero concedes that the waiver bars his appeal. Based on this concession and our independent review of the record, we grant the government's motion and dismiss the appeal.

not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.